IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, CHARMELLA LEVIEGE, MARIA PRICE, HELEN ALLEN, JACQUELINE BARRON, THERESA BOSAN, SHRANDA CAMPBELL, KETURAH CARTER, MICHELLE DAHN, TONYA EXUM, JEANNETTE GARDNER, ARLENE GOFORTH, CHRISTINE HARRIS, ORISSA HENRY, LAWANDA JORDAN, DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE, CONSTANCE MADISON, CEPHANI MILLER, MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS, BERNADETTE CLYBURN, MARTHA CORBIN, ANGELA GLENN, LADWYNA HOOVER, OGERY LEDBETTER, LATRICIA SHANKLIN, ANTOINETTE SULLIVAN, DERRICKA THOMAS, and NICHEA WALLS, each individually and on behalf of all similarly situated persons, <br><br>          Plaintiffs, <br><br>  v. <br><br>FORD MOTOR COMPANY, <br><br>          Defendant. | Case No. 1:14-CV-08708 <br><br> Honorable Sharon Johnson Coleman |

## JOINT STATUS REPORT

The parties hereby submit their Joint Status Report. As explained further below, this is a putative class action in which plaintiffs also assert a number of individual claims. Ford has moved to dismiss numerous counts of the complaint and to strike class allegations. The parties respectfully suggest that the initial status conference, set for June 19, 2015, may most

productively be used to establish a schedule for briefing and deciding Ford's motion to dismiss, after which a schedule for further proceedings in the case may be determined.

**1.    NATURE OF THE CASE**

   A.    *Attorneys of Record*

The attorneys of record in this case are as follows:

*For Plaintiffs*:

   Keith L. Hunt (lead trial attorney) and Bradley E. Faber, HUNT & ASSOCIATES, P.C. Three First National Plaza, Suite 2100, Chicago, Illinois 60602.

*For Defendant*:

   Eugene Scalia (admitted *pro hac vice*) and Thomas M. Johnson, Jr. (admitted *pro hac vice*), GIBSON, DUNN & CRUTCHER LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036.

   Kathleen M. Nemechek and Timothy S. Millman, BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP, 2600 Grand Boulevard, Suite 1200, Kansas City, Missouri 64108.

   Mark H. Boyle and Karen Kies DeGrand, DONOHUE BROWN MATHEWSON & SMYTH LLC, 140 South Dearborn Street, Suite 800, Chicago, Illinois 60603.

   B.    *Nature of Claims Asserted*

This is a putative class action in which plaintiffs also assert a number of individual claims. Plaintiffs are 33 current and former employees of Ford Motor Company who work (or previously worked) at Ford's Chicago Assembly Plant ("CAP") or Chicago Stamping Plant ("CSP"). Each of the plaintiffs alleges sexual harassment and sex discrimination in violation of Title VII. A subset of plaintiffs also allege race discrimination in violation of § 1981 and Title

VII. In their sexual harassment, sex discrimination, and race discrimination claims, plaintiffs seek to represent a class defined as "all present or former female employees who suffered discrimination (based on gender, sexual harassment or race) while working at the [CAP] or [CSP] from 2012 through the present," including sub-classes of "(1) female employees who suffered sexual harassment or gender discrimination; and (2) females who suffered harassment or discrimination based on race."

Plaintiffs also assert a variety of claims on an individual basis. Each plaintiff alleges a count of retaliation for allegedly refusing sexual advances and for complaining of discrimination and harassment. A majority of the plaintiffs allege counts of battery, assault, and intentional infliction of emotional distress. Certain plaintiffs also allege violations of the Americans with Disabilities Act ("ADA"), and one plaintiff alleges national origin discrimination in violation of Title VII.

Ford denies plaintiffs' allegations and has moved to dismiss numerous claims and to strike the class allegations.

C. *Relief Sought by Plaintiffs*

Plaintiffs seek compensatory damages; liquidated damages where applicable; back pay, lost future earnings, and reimbursement for lost income and lost fringe benefits; punitive damages; prejudgment interest; attorney's fees, expert witness fees, expenses, and costs; appointment of a monitor to supervise workplace conditions for a period of at least five years; an order requiring Ford to implement steps to eliminate and remediate harassment and discrimination in the workplace; and an injunction preventing Ford from discriminating against or harassing Plaintiffs and Ford's employees.

As noted, Ford denies plaintiffs' allegations and has moved to dismiss numerous claims and to strike the class allegations.

D.  *Status of the Case*

The original Complaint was filed on November 3, 2014, with four named plaintiffs. The First Amended Complaint ("FAC") was filed on May 1, 2015, with 29 additional named plaintiffs. Doc. 29. On June 12, 2015, Ford filed its Partial Motion to Dismiss the First Amended Complaint and Motion to Strike Class Allegations ("Motion to Dismiss"). Given the nature of Ford's arguments raised in its 30-page memorandum, Plaintiffs request until August 7, 2015 to respond to Ford's Motion to Dismiss, and that they be granted leave to file a brief in excess of the customary 15-page limitation in their response. Ford does not oppose an extension of the page limitation up to and including 30 pages. Ford requests until September 18, 2015 to file its reply brief, and respectfully reserves its right to seek leave of Court to exceed the 15-page limitation if additional pages prove necessary to respond to Plaintiffs' opposition.

An initial status conference is set for June 19, 2015 at 9:00 AM.

**2.   PENDING MOTIONS**

Ford's June 12 Motion to Dismiss is currently pending.

**3.   REMAINING DISCOVERY**

The parties have not yet exchanged initial disclosures or discovery requests. The parties agree, however, that Ford's pending Motion to Dismiss should be resolved prior to the imposition of a discovery schedule in this case.

**4.   TRIAL**

Plaintiffs have requested a jury trial in this matter. At this time, it is difficult to determine the probable length of time needed for trial. The parties will be in a better position to

4

make this determination after the Court rules on Ford's pending Motion to Dismiss and after class certification issues have been resolved.

**5.     CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

The parties do not consent to proceed before a Magistrate Judge.

**6.     STATUS OF SETTLEMENT DISCUSSIONS**

There have not been settlement discussions between the parties to date.

Respectfully submitted this 17th day of June 2015.

| PLAINTIFFS | FORD MOTOR COMPANY |
|---|---|
| /s/ Keith L. Hunt | |
| Keith L. Hunt | Eugene Scalia (admitted *pro hac vice*) |
| Bradley E. Faber | Thomas M. Johnson, Jr. (admitted *pro hac vice*) |
| Hunt & Associates, P.C. | GIBSON, DUNN & CRUTCHER LLP |
| Three First National Plaza, Suite 2100 | 1050 Connecticut Avenue, N.W. |
| Chicago, Illinois 60602 | Washington, D.C. 20036 |
| (312) 558-1300 | Telephone: 202.955.8500 |
| khunt@huntassoclaw.com | Facsimile: 202.467.0539 |
| bfaber@huntassoclaw.com | |
| | /s/ Kathleen M. Nemechek |
| | Kathleen M. Nemechek  N.D. Ill. No. 50139 |
| | Timothy S. Millman  N.D. Ill. No. 44398 |
| | BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP |
| | 2600 Grand Boulevard, Suite 1200 |
| | Kansas City, Missouri 64108 |
| | Telephone: 816.561.7007 |
| | Facsimile: 816.561.1888 |
| | |
| | Mark H. Boyle |
| | Karen Kies DeGrand |
| | DONOHUE BROWN MATHEWSON & SMYTH LLC |
| | 140 South Dearborn Street, Suite 800 |
| | Chicago, Illinois 60603 |
| | Telephone: 312.422.0900 |
| | Facsimile: 312.422.0909 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which provided electronic service upon:

> Keith L. Hunt
> Bradley E. Faber
> Hunt & Associates, P.C.
> Three First National Plaza, Suite 2100
> Chicago, Illinois 60602
> (312) 558-1300
> khunt@huntassoclaw.com
> bfaber@huntassoclaw.com
> *Counsel for Plaintiffs*

                                          /s/Kathleen M. Nemechek
                                          *Counsel for Defendant*