IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, et al.,<br><br>   Plaintiffs,<br> v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendant. | Case No. 1:14-CV-08708<br><br><br><br>Honorable Sharon Johnson Coleman |

**AMENDED SCHEDULING ORDER FOR DISCOVERY AND CASE MANAGEMENT
BEFORE CLASS CERTIFICATION MOTION**

  Upon review of Plaintiffs' Motion to Extend Deadline For Expert Disclosures (Dkt. 106) by ninety (90) days, and Defendant's representation that it does not oppose this extension, provided that all corresponding deadlines are also postponed by the same amount of time, the Court hereby modifies its August 23, 2016 Order for Discovery and Case Management Before Class Certification (Dkt. 86) as follows:

1. Class discovery shall end on November 16, 2017.

2. If Plaintiffs intend to rely on expert material to support a motion to certify, they must provide the information and material required by Fed. R. Civ. P. 26(a)(2)(B)(i)–(vi) not later than July 19, 2017 and produce such expert(s) for deposition not later than September 1, 2017. If Ford intends to rely on expert material in opposition to a motion to certify, it shall provide the information and material required by Fed. R. Civ. P.

      26(a)(2)(B)(i)–(vi) for any expert witnesses not later than September 18, 2017 and produce such expert(s) not later November 2, 2017.

3. Any motion to bar or limit the report or opinion of any expert witness must be filed no later than the close of class discovery. The timing of the briefing on such motions will be governed by order of this Court.

4. Plaintiffs must file their motion for class certification along with a supporting brief and any exhibits by not later than January 15, 2018.

5. Ford shall file its opposition brief and any supporting exhibits by not later than March 1, 2018.

6. Plaintiffs may reply to Ford's response by not later than April 2, 2018, again providing any supporting exhibits.

DATED this 24th day of April, 2017.

_____
The Honorable Sharon Johnson Coleman
District Judge