IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, CHARMELLA LEVIEGE, MARIA PRICE, HELEN ALLEN, JACQUELINE BARRON, THERESA BOSAN, SHRANDA CAMPBELL, KETURAH CARTER, MICHELLE DAHN, TONYA EXUM, JEANNETTE GARDNER, ARLENE GOFORTH, CHRISTINE HARRIS, ORISSA HENRY, LAWANDA JORDAN, DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE, CONSTANCE MADISON, CEPHANI MILLER, MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS, BERNADETTE CLYBURN, ANGELA GLENN, LADWYNA HOOVER, LATRICIA SHANKLIN, ANTOINETTE SULLIVAN, DERRICKA THOMAS, and NICHEA WALLS, each individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 1:14-CV-08708<br><br>Honorable Sharon Johnson Coleman<br><br>Magistrate Sidney I. Schenkier<br><br>Jury Trial Demanded |

**DEFENDANT FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE**
**ITS OPPOSITION TO BRITTNEY CARLISLE'S MOTION TO QUASH UNDER SEAL**

Defendant Ford Motor Company ("Ford" or "Defendant") respectfully moves the Court, pursuant to Local Rule 26.2 and the Agreed Confidentiality Order entered on December 7, 2016 (Dkt. 98, the "Confidentiality Order"), for an order granting leave to file under seal its Opposition to Brittney Carlisle's Motion to Quash (the "Opposition"). In support of this Motion for Leave to File Under Seal, Ford states as follows:

1. Plaintiffs filed Brittney Carlisle's Motion to Quash Third-Party Subpoena (the "Motion to Quash") on December 1, 2017 (Dkt. 194). That Motion attached and referred to Carlisle's October 17, 2017 EEOC Charge, but did not elaborate on her allegations therein. Carlisle's Motion to Quash recites that the EEOC charge was filed under seal, as Ex. 1 to her Motion to Quash. (Dkt. 194, para. 1)

2. And further, Plaintiffs attached Carlisle's EEOC Charge as Ex. 183 to Plaintiffs' opening brief in support of its Motion for Class Certification, which was also filed under seal. (Dkt. 185). Carlisle's Charge was designated Confidential/Attorney Eyes Only under the Protective Order (Dkt. 98) in this case and contains sensitive information.

3. In its Opposition to Carlisle's Motion to Quash (the "Opposition"), Ford discusses matters relating to Brittney Carlisle's allegations in her Charge, as well as Plaintiffs' description of Carlisle's allegations in Plaintiffs' opening brief on class certification. (*See* Dkt. 185 at 23-24)

4. Ford's Opposition to the Motion to Quash attaches Carlisle's EEOC Charge, a document referencing communications with Carlisle's brother about certain allegations, and excerpts from Plaintiffs' expert report, in which Carlisle's allegations were discussed. All of these documents were designated as Confidential and/or Attorney Eyes Only under the Protective Order (Dkt. 98).

5. Accordingly, to prevent material designated as Confidential and/or Attorney Eyes Only from being filed in the public record, Ford now seeks to file its Opposition to Carlisle's Motion to Quash and exhibits under seal.

6. Pursuant to L.R. 37.2, on December 8, 2017, counsel for Ford communicated with counsel for Plaintiffs via e-mail and telephone about its intention to file its Opposition provisionally under seal, and Plaintiffs' counsel stated he had no objection.

2

WHEREFORE, for the foregoing reasons, Ford respectfully asks the Court to grant its Motion for Leave to File Under Seal, and permit Ford to file under seal its Opposition to Brittney Carlisle's Motion to Quash and exhibits thereto, and for any further appropriate relief.

DATED:  December 8, 2017

Respectfully submitted,

| | |
|---|---|
| Eugene Scalia (admitted *pro hac vice* ) <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C.  20036 <br> Telephone:     (202) 955-8500 <br> Facsimile:      (202) 467-0539 <br> <br> Mark H. Boyle <br> Karen Kies DeGrand <br> DONOHUE BROWN MATHEWSON & SMYTH LLC <br> 140 South Dearborn Street, Suite 800 <br> Chicago, Illinois 60603 <br> Telephone:     (312) 422-0900 <br> Facsimile:      (312) 422-0909 | /s/ Kathleen M. Nemechek <br> Kathleen M. Nemechek, N.D. Ill. No. 50139 <br> Timothy S. Millman, N.D. Ill. No. 44398 <br> BERKOWITZ OLIVER LLP <br> 2600 Grand Boulevard, Suite 1200 <br> Kansas City, Missouri 64108 <br> Telephone:     (816) 561-7007 <br> Facsimile:      (816) 561-1888 |

*Counsel for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which provided electronic service upon:

> Keith L. Hunt
> Bradley E. Faber
> Hunt & Associates, P.C.
> Three First National Plaza, Suite 2100
> Chicago, Illinois 60602
> (312) 558-1300
> khunt@huntassoclaw.com
> bfaber@huntassoclaw.com

*Counsel for Plaintiffs*

/s/ Kathleen M. Nemechek
*Counsel for Defendant Ford Motor Company*