IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTIE VAN, CHARMELLA LEVIEGE, MARIA PRICE, HELEN ALLEN, JACQUELINE BARRON, THERESA BOSAN, SHRANDA CAMPBELL, KETURAH CARTER, MICHELLE DAHN, TONYA EXUM, JEANNETTE GARDNER, ARLENE GOFORTH, CHRISTINE HARRIS, ORISSA HENRY, LAWANDA JORDAN, DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE, CONSTANCE MADISON, CEPHANI MILLER, MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS, BERNADETTE CLYBURN, MARTHA CORBIN, ANGELA GLENN, LADWYNA HOOVER, OGERY LEDBETTER, LATRICIA SHANKLIN, ANTOINETTE SULLIVAN, DERRICKA THOMAS, and NICHEA WALLS, each individually and on behalf of all similarly situated persons,**<br><br>    Plaintiffs,<br><br> v.<br><br>**FORD MOTOR COMPANY,**<br><br>    Defendant. | Case No. 1:14-CV-08708<br><br>Honorable Robert M. Dow, Jr.<br>Honorable Sidney I. Schenkier |

**DEFENDANT FORD MOTOR COMPANY'S MOTION TO EXCLUDE THE TESTIMONY, REPORTS, AND OPINIONS OF DR. LOUISE FITZGERALD**

COMES NOW Defendant Ford Motor Company ("Ford"), and hereby moves the Court, pursuant to Federal Rule of Evidence 702, to exclude the testimony, reports, and opinions of Dr. Louise Fitzgerald, which have been offered in support of Plaintiffs' Motion for Class Certification (Dkt. 185).

As explained in the Memorandum of Law filed concurrently herewith, the testimony, reports, and opinions of Dr. Fitzgerald should be excluded because they are both unreliable and irrelevant. Dr. Fitzgerald's testimony, reports, and opinions do not constitute valid "social framework" opinions, and are not grounded in any other valid scientific method. In addition, Dr. Fitzgerald's purely speculative opinions—that she concedes only hold if the facts are "largely as alleged" by Plaintiffs—will not assist the Court in evaluating the propriety of class certification. Finally, Dr. Fitzgerald's supplemental declaration regarding Ford's Conciliation Agreement with the EEOC also should be excluded because she has no qualifications to assess the Agreement, and nothing in her declaration is grounded in science.

In accordance with Local Rule 7.1, and in further support of this Motion, Ford respectfully refers the Court to its Memorandum of Law in Support of Its Motion to Exclude the Testimony, Reports, and Opinions of Dr. Louise Fitzgerald.

WHEREFORE, for the foregoing reasons, Ford respectfully requests that pursuant to Federal Rule of Evidence 702, the Court grant its motion to exclude Dr. Fitzgerald's testimony, reports, and opinions.

DATED:  February 20, 2018    Respectfully submitted,

/s/ Eugene Scalia

| | |
|---|---|
| Kathleen M. Nemechek  N.D. Ill. No. 50139 | Eugene Scalia (admitted *pro hac vice*) |
| Timothy S. Millman  N.D. Ill. No. 44398 | Katherine V.A. Smith (admitted *pro hac vice*) |
| BERKOWITZ OLIVER LLP | Molly T. Senger (admitted *pro hac vice*) |
| 2600 Grand Boulevard, Suite 1200 | GIBSON, DUNN & CRUTCHER LLP |
| Kansas City, Missouri 64108 | 1050 Connecticut Avenue, N.W. |
| Telephone:  816.561.7007 | Washington, D.C.  20036 |
| Facsimile:  816.561.1888 | Telephone:  202.955.8500 |
| | Facsimile:  202.467.0539 |

Karen Kies DeGrand
Mark H. Boyle
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone:  312.422.0900
Facsimile:  312.422.0909

*Counsel for Defendant Ford Motor Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which provided electronic service upon:

> Keith L. Hunt
> Bradley E. Faber
> Hunt & Associates, P.C.
> Three First National Plaza, Suite 2100
> Chicago, Illinois 60602
> (312) 558-1300
> khunt@huntassoclaw.com
> bfaber@huntassoclaw.com
> *Counsel for Plaintiffs*

> /s/ Eugene Scalia
> *Counsel for Defendant Ford Motor Company*