IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTIE VAN, CHARMELLA LEVIEGE, MARIA PRICE, HELEN ALLEN, JACQUELINE BARRON, THERESA BOSAN, SHRANDA CAMPBELL, KETURAH CARTER, MICHELLE DAHN, TONYA EXUM, JEANNETTE GARDNER, ARLENE GOFORTH, CHRISTINE HARRIS, ORISSA HENRY, LAWANDA JORDAN, DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE, CONSTANCE MADISON, CEPHANI MILLER, MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS, BERNADETTE CLYBURN, MARTHA CORBIN, ANGELA GLENN, LADWYNA HOOVER, OGERY LEDBETTER, LATRICIA SHANKLIN, ANTOINETTE SULLIVAN, DERRICKA THOMAS, and NICHEA WALLS, each individually and on behalf of all similarly situated persons,**<br><br>          Plaintiffs,<br><br>  v.<br><br>**FORD MOTOR COMPANY,**<br><br>          Defendant. | Case No. 1:14-CV-08708<br><br>Honorable Robert M. Dow, Jr.<br>Honorable Sidney I. Schenkier |

### FORD MOTOR COMPANY'S INDEX OF EXHIBITS IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY, REPORTS, AND OPINIONS OF DR. LOUISE FITZGERALD

Exhibit A: *Filed Provisionally Under Seal* – Expert Report of Louise F. Fitzgerald, Ph.D.

Exhibit B:  *Filed Provisionally Under Seal* – Excerpts from the Deposition of Louise F. Fitzgerald, Ph.D.

Exhibit C:  Expert Report of Gregory Mitchell, J.D., Ph.D.

Exhibit D:  Excerpts from the Deposition of Gregory Mitchell, J.D., Ph.D.

Exhibit E:  L.F. Fitzgerald, "Sexual Harassment:  Are we asking the right questions?"

Exhibit F:  C.V. Wright & L.F. Fitzgerald, "Angry and Afraid:  Women's Appraisal of Sexual Harassment During Litigation"

Exhibit G:  *Filed Provisionally Under Seal* – Declarations from S. Baso, K. Boothe, N. Brown, K. Calton, D. Davis, W. Dunn, P. Henderson, J. Robinson, F. Perez, P. Servant, T. Sopher, and C. Veloz

Exhibit H:  Excerpts from the Deposition of Liza H. Gold, M.D.

Exhibit I:  Expert Report of Liza H. Gold, M.D.