# EXHIBIT A

# Expert Report of Louise F. Fitzgerald, Ph.D.
*filed provisionally under seal*