# EXHIBIT B

# Excerpts from the Deposition of Louise F. Fitzgerald
*filed provisionally under seal*