# EXHIBIT G

# Declarations from S. Baso, K. Boothe, N. Brown, K. Calton, D. Davis, W. Dunn, P. Henderson, J. Robinson, F. Perez, P. Servant, T. Sopher, and C. Veloz
*filed provisionally under seal*