# EXHIBIT H

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3    ---------------------------------------x
      CHRISTIE VAN, CHARMELLA LEVIEGE,
 4    MARIA PRICE, HELEN ALLEN,
      JACQUELINE BARRON, THERESA BOSAN,
 5    SHRANDA CAMPBELL, KETURAH CARTER,
      MICHELLE DAHN, TONYA EXUM, JEANNETTE
 6    GARDNER, ARLENE GOFORTH, CHRISTINE
      HARRIS, ORISSA HENRY, LAWANDA JORDAN,
 7    DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE,
      CONSTANCE MADISON, CEPHANI MILLER,
 8    MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY
      THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS,
 9    BERNADETTE CLYBURN, ANGELA GLENN,
      LADWYNA HOOVER, LATRICIA SHANKLIN,
10    ANTOINETTE SULLIVAN, DERRICKA THOMAS,
      and NICHEA WALLS, each individually
11    and on behalf of all similarly
      situated persons,
12
                          Plaintiffs,
13
            v.                              Case No.
14                                          1:14-CV-08708
      FORD MOTOR COMPANY,
15
                          Defendant.
16    ---------------------------------------x

17           Deposition of LIZA H. GOLD, M.D.

18                    Washington, D.C.

19              Wednesday, January 24, 2018

20                       9:28 a.m.

21


22


23    Job No.: 27154
      Pages: 1 - 257
24

25    Reported by:  Amy E. Sikora-Trapp, RPR, CRR, CLR
```

```
 1        Deposition of LIZA M. GOLD, M.D., held at
 2   the offices of:
 3        Intelligent Office (DC)
 4        1775 I Street, Northwest
 5        Suite 1115
 6        Washington, D.C.  20006
 7
 8        Pursuant to notice, before Amy E.
 9   Sikora-Trapp, Registered Professional Reporter,
10   Certified Realtime Reporter, Certified LiveNote
11   Reporter, and Notary Public in and for the
12   District of Columbia.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                P R O C E E D I N G S
 2    Whereupon,
 3                   LIZA H. GOLD, M.D.,
 4    called as a witness, having been first duly
 5    sworn by the Notary Public (Amy E. Sikora-Trapp),
 6    was examined and testified as follows:
 7                MR. HUNT:  Let the record reflect
 8    that this is the deposition of Liza Gold, who's
 9    been designated by Ford as one of their expert
10    witnesses, being taken pursuant to the Federal
11    Rules of Civil Procedure and the applicable local
12    court rules in the Northern District of Illinois.
13                EXAMINATION BY COUNSEL
14                   FOR THE PLAINTIFFS
15    BY MR. HUNT:
16         Q.   Dr. Gold, I'm going to ask you a
17    series of questions.  I know you've given
18    depositions many, many times before, but if at
19    any time you don't understand one of my questions
20    please stop me and I'll try to the best of my
21    ability to rephrase it.  But if you give an
22    answer to a question, we're all going to assume
23    that you understood it.
24                Is that fair?
25         A.   Yes.
```

1　had a bias, are you?
2　　　　A.　I'm saying that the methodology
3　of -- of using that kind of experience to come to
4　any kind of conclusions in a different case with
5　different plaintiffs is -- is valid forensic
6　evaluation methodology.
7　　　　Q.　Okay.  Are you saying that
8　Dr. Fitzgerald was biased in her approach, based
9　upon her reference to a prior case, yes or no?
10　　　　A.　I don't know whether she was or
11　wasn't because her methodology is such that it
12　doesn't allow for that kind of evaluation.  If
13　anything, Dr. Fitzgerald has provided --
14　Dr. Fitzgerald's idiosyncratic methodology in
15　this particular case, as demonstrated by her
16　report, is rife with the potential for bias.
17　　　　　　　Any idiosyncratic methodology
18　allows for the evaluator's bias to play a major
19　role.
20　　　　Q.　But you don't know whether --
21　　　　A.　And so --
22　　　　Q.　-- or not she had bias?
23　　　　A.　And so we are trained to follow
24　standard methodology in order to reduce the
25　possibility even that bias could enter into our

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2          I, AMY E. SIKORA-TRAPP, RPR, CRR, CLR, and
 3   Notary Public in and for the District of
 4   Columbia, hereby certify that the foregoing
 5   deposition of LIZA H. GOLD, M.D. was taken before
 6   me on the 24th day of January, 2018.
 7          That the said witness was duly sworn before
 8   the commencement of the testimony; that the said
 9   testimony was taken stenographically by me and
10   then transcribed.
11          I further certify that I am not kin to any
12   of the parties to this action nor am I interested
13   directly or indirectly in the matter in
14   controversy; nor am I in the employ of any of the
15   counsel in this action.
16          IN WITNESS WHEREOF, I have hereunto set my
17   hand this 29th day of January, 2018.
18
19
20
21          _____
22          AMY E. SIKORA-TRAPP, RPR, CRR, CLR
23                    Notary Public
24       in and for the District of Columbia
25   My Commission expires:  7/31/19
```