IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, CHARMELLA LEVIEGE, MARIA PRICE, HELEN ALLEN, JACQUELINE BARRON, THERESA BOSAN, SHRANDA CAMPBELL, KETURAH CARTER, MICHELLE DAHN, TONYA EXUM, JEANNETTE GARDNER, ARLENE GOFORTH, CHRISTINE HARRIS, ORISSA HENRY, LAWANDA JORDAN, DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE, CONSTANCE MADISON, CEPHANI MILLER, MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS, BERNADETTE CLYBURN, MARTHA CORBIN, ANGELA GLENN, LADWYNA HOOVER, OGERY LEDBETTER, LATRICIA SHANKLIN, ANTOINETTE SULLIVAN, DERRICKA THOMAS, and NICHEA WALLS, each individually and on behalf of all similarly situated persons,<br><br>    **Plaintiffs,**<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>    **Defendant.** | Case No. 1:14-CV-08708<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Sidney I. Schenkier |

**FORD MOTOR COMPANY'S MOTION TO ENFORCE ITS SUBPOENA AND
COMPEL THE DEPOSITION OF MS. GWAJUANA GRAY
AND MEMORANDUM IN SUPPORT**

Defendant Ford Motor Company ("Ford") respectfully requests a renewed order

compelling non-party declarant Ms. Gwajuana Gray to appear for deposition on May 18, 2018,

and for such additional relief as this Court deems just and proper.

## I.     BACKGROUND

Ford has been trying to take the deposition of Ms. Gray since November 2017, and this Court is already aware of Ford's multiple efforts to obtain Ms. Gray's testimony.  On Thursday, April 5, 2018, the Court granted Ford's motion to enforce its subpoena and compel the deposition of Ms. Gwajuana Gray (Dkt. 270).  In its order, the Court ordered Ms. Gray to appear for her deposition on April 20, 2018 (Dkt. 273).  The order also directed Ford to serve a copy of the order and subpoena on Ms. Gray at her place of employment, Ford's Chicago Assembly Plant. (Dkt. 273).

The following Monday, April 9, 2018, was Ms. Gray's first day at work following the Court's order.  Towards the end of her shift, Ms. Gray's supervisor directed her to report to the Labor Relations Office where Ford planned to provide her copies of the order and subpoena. Ms. Gray never reported to Labor Relations as directed.  Instead, Ms. Gray began a series of excused and unexcused absences from work – missing every workday from April 10th through April 20th, the date of her ordered deposition.

In light of her absence from work, Ford took alternative steps to ensure that Ms. Gray was aware of the Court's order and her deposition.  On Friday, April 13, 2018, a copy of the deposition subpoena and Court's order was delivered via Federal Express to Ms. Gray's home. On Monday, April 16, 2018, a copy of the deposition subpoena and Court's order was delivered by personal process server to Ms. Gray's home and left on her door after no one answered.  On Tuesday, April 17, the process server returned to attempt personal service again.  The material left taped to her door the previous day was gone, but again no one answered and again a copy of the material was left at her home.  On Thursday, April 19, 2018, Ford's counsel texted Ms. Gray reminding her of the scheduled and ordered deposition.  Ms. Gray did not respond.  On April 20,

2018, counsel for plaintiffs and Ford appeared for Ms. Gray's deposition. However, Ms. Gray failed to appear.

On Monday, April 23, 2018, the first workday following the ordered deposition, Ms. Gray returned for her scheduled shift. On Tuesday, April 24, 2018, Ford personally served a new deposition notice and subpoena on Ms. Gray, setting her deposition for May 4, 2018. Within hours, Ford's counsel received an email from Plaintiffs' counsel and a text from Ms. Gray indicating that neither could attend on May 4th. Ford, once again, accommodated the requests and informed them that Ford intended to move forward with the Court ordered deposition on May 18th.

## II.      ARGUMENT

Ms. Gray cannot continue to avoid her deposition and ignore this Court's order. Ms. Gray willingly provided a declaration on behalf of plaintiffs in this case, agreed to be interviewed, recorded, and photographed by the *New York Times* about her time at Ford, and appeared on local Chicago television to do the same. And yet, Ms. Gray refuses to testify.

The fact Ford was unable to serve a copy of the order to Ms. Gray at work provides her no excuse. Ms. Gray should not be rewarded for her continued active efforts to avoid her deposition. There can be little doubt that Ms. Gray learned of the direction that Ford serve the Court's order on her at work and actively evaded service (as she has done for months). It can be no coincidence that she began her absence from work immediately after being requested to report to Labor Relations and, after missing weeks of work, returned the first day after her scheduled deposition date. Moreover, Ford provided notice of the Order and the deposition by Federal Express, twice by leaving it at her home, and texted her about the deposition. Notice of the Court's Order was more than adequately provided.

## III.     REQUESTED RELIEF

Ford respectfully requests that this Court enter an order:

(1)     Directing Ms. Gray to appear for her deposition on May 18, 2018, at 9:30 a.m. at

DONOHUE BROWN MATHEWSON & SMYTH LLC, 140 S. Dearborn Street, Suite 800,

Chicago, Illinois 60603;

(2)     Directing that the order be served by Ford upon Ms. Gray via Federal Express, no

signature required, to 19618 Oakwood Ave., Lynwood, IL 60411, Ms. Gray's residential address

of record, and served by Mr. Hunt via email to Ms. Gray and that such service be deemed

sufficient notice of the Court's Order; and

(3)     Granting Ford such further and additional relief as this Court deems just and

proper.

DATED:  April 27, 2018                                      Respectfully submitted,


Eugene Scalia (admitted *pro hac vice* )          /s/ Kathleen M. Nemechek
GIBSON, DUNN & CRUTCHER LLP                Kathleen M. Nemechek, N.D. Ill. No. 50139
1050 Connecticut Avenue, N.W.                      Timothy S. Millman, N.D. Ill. No. 44398
Washington, D.C.  20036                               BERKOWITZ OLIVER LLP
Telephone:     (202) 955-8500                         2600 Grand Boulevard, Suite 1200
Facsimile:     (202) 467-0539                          Kansas City, Missouri 64108
                                                                   Telephone:     (816) 561-7007
Mark H. Boyle                                             Facsimile:     (816) 561-1888
Karen Kies DeGrand
DONOHUE BROWN MATHEWSON &
SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone:     (312) 422-0900
Facsimile:     (312) 422-0909


*Counsel for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which provided electronic service upon:

Keith L. Hunt
Bradley E. Faber
HUNT & ASSOCIATES, P.C.
55 West Monroe, Suite 3600
Chicago, Illinois 60603
(312) 558-1300
khunt@huntassoclaw.com
bfaber@huntassoclaw.com

Antonio M. Romanucci
Stephen D. Blandin
Bryce T. Hensley
Bhavani K. Raveendran
Nicolette A. Ward
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 253-8600
aromanucci@rblaw.net
sblandin@rblaw.net
bhensley@rblaw.net
braveendran@rblaw.net
nward@rblaw.net

*Counsel for Plaintiffs*

In addition, a copy was sent via U.S. Mail to:

Ms. Gwajuana Gray
19618 Oakwood Avenue
Lynwood, IL  60411

/s/ Kathleen M. Nemechek
*Counsel for Defendant Ford Motor Company*