UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Helen Allen, et al.
Plaintiff,

v.   Case No.: 1:14−cv−08708
Honorable Robert M. Dow Jr.

Ford Motor Company
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 2, 2018:

MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. For the reasons stated on the record, defendant's motion to enforce its subpoena and compel the deposition of Ms. Gwajuana Gray and memorandum in support (doc. #[279]) is granted. Ms. Gwajuana Gray is ordered to appear and sit for her deposition on 5/17/18 at 10:00 a.m. at Donohue, Brown, Mathewson & Smyth LLC, 140 South Dearborn Street, Suite 800, Chicago, IL 60603. The Court further orders that defense counsel attempt to serve Ms. Gray with a copy of this order and the subpoena at her place of employment (Ford Motor Company). Plaintiffs' counsel is further ordered to send an e−mail of today's court order and to attempt to contact Ms. Gray by telephone to inform her of this order. The Court warns that failure of Ms. Gwajuana Gray to appear for her deposition may result in an order directing the U.S. Marshals to take her into custody. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.