IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, et al.     ) | CASE: 14cv8708 |
|     PLAINTIFFS,     ) | JUDGE DOW |
| v.     ) | JUDGE CUMMINGS |
| FORD MOTOR COMPANY,     ) | |
|     DEFENDANT.     ) | |

**MOTION TO SUBSTITUTE COUNSEL**

NOW COMES Shranda Campbell-Salahuddin, by and through counsel, The Law Office of Christopher Cooper, Inc. ("LOCC"), and brings this Motion to Substitute Counsel, requesting the Court grant permission for Hunt and Associates to withdraw and to substitute the "LOCC" as attorney of record for Plaintiff in this cause, and in support thereof would show:

1. Hunt and Associates is Plaintiff's counsel of record in this cause. Plaintiff terminated Hunt and Associates.

2. The "LOCC" has been retained to represent Plaintiff in this case.

WHEREFORE, Plaintiff Shranda Campbell-Salahuddin respectfully requests that the Court enter an order allowing Hunt and Associates to withdraw from representing Plaintiff and to substitute the Law Office of Christopher Cooper, Inc. as attorney of record in this cause.

Respectfully submitted,

DATED: 03/08/2019

s\Christopher Cooper, ESQ., Plaintiff Campbell's Attorney
Law Office of Christopher Cooper, Inc.
79 W. Monroe St., STE. 1213, Chicago, IL 60603
[or] 426 N. Broad St., Griffith, Indiana 46319
Tel: 312 473 2968  TEL: 219 228 4396  FAX: 866 334 7458
E-Mail: cooperlaw3234@gmail.com

1

CERTIFICATE OF SERVICE: The undersigned certifies that he e-filed the foregoing on ECF on March 8, 2019, and that Hunt and Associates, Plaintiffs and Defendants in this matter are registered E-filers.
s\Christopher Cooper