IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, et al., ) | |
| ) | Case No. 14-CV-08708 |
| Plaintiffs, ) | |
| ) | Hon. Robert M. Dow |
| v. ) | |
| ) | Magistrate Sidney I. Schenkier |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES AND UNDER SEAL, *INSTANTER***

NOW COME the Plaintiffs, by and through their attorneys, ROMANUCCI & BLANDIN, LLC, and pursuant to Local Rule 7.1 and the Court's Order of November 15, 2018 [ECF Doc. 331], request leave to file Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Class Certification in excess of fifteen (15) pages. Further, pursuant to Local Rule 26.2 and the agreed Confidentiality Order entered by the Court on December 7, 2016 [ECF Doc. 98], Plaintiffs request leave to file this brief, as well as certain exhibits, under seal, *instanter*. In support thereof, Plaintiffs state:

1. On November 9, 2018, Plaintiffs filed their renewed motion for class certification in this matter [ECF Doc. 323].

2. Class discovery in this matter has resulted in approximately 180,000 pages of documents produced by the parties and from subpoenas to third parties. In addition, the Parties have taken approximately fifty depositions, resulting in over 9,500 pages of testimony. The Parties have gathered statements from over 100 witnesses.

3. Briefing on Plaintiffs' renewed motion for class certification has been necessarily voluminous.

4. On November 15, 2018, the Court granted Plaintiffs leave to file a reply in support of their renewed motion for class certification of thirty-five (35) pages [ECF Doc. 331].

5. Plaintiffs respectfully request that the Court grant them leave to file a reply brief of no more than forty (40) pages.

6. Due to the recitation throughout the Reply Memorandum and citations within the Reply Memorandum and to materials that have been designated as confidential pursuant to the protective order or by the court, Plaintiffs have provisionally filed the Memorandum itself and certain exhibits under seal, and request that the Court enter an Order permitting these under seal filings, *instanter*.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests leave to file its Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification in excess of fifteen (15) pages, and to file that brief and certain exhibits under seal, *Instanter*, and for such further relief that this Court deems equitable and just.

                    Respectfully submitted,

                    _/s/ Nicolette A. Ward_____

                    One of the Attorneys for Plaintiffs

Antonio M. Romanucci
Stephen D. Blandin
Bhavani K. Raveendran
Nicolette A. Ward
**Romanucci & Blandin, LLC**
321 North Clark Street
Suite 900
Ph: Chicago, IL 60654
(312) 253-8600

Keith L. Hunt
Bradley E. Faber
**Hunt & Associates, P.C.**
Three First National Plaza
Suite 2100
Chicago, IL 60602
Ph: (312) 558-1300

**CERTIFICATE OF SERVICE**

      I hereby certify that I am an attorney of record in this cause and that I caused to be served the attached PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES AND UNDER SEAL, *INSTANTER* on counsel for all parties of record as listed below by email through the Court's CM/ECF system on March 13, 2019.

Timothy S. Millman
Kathleen M. Nemechek
Berkowitz Oliver Williams Shaw & Eisenbrandt LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel.: (816) 561-7007

Eugene Scalia
Thomas M. Johnson, Jr.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 955-8500

Mark H. Boyle Karen Kies DeGrand
Donohue Brown Mathewson & Smyth LLC
143 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Tel.: (312) 422-0900

                                                _/s/ Nicolette A. Ward_____