IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE VAN, CHARMELLA LEVIEGE, MARIA PRICE, HELEN ALLEN, JACQUELINE BARRON, THERESA BOSAN, SHRANDA CAMPBELL, KETURAH CARTER, MICHELLE DAHN, TONYA EXUM, JEANNETTE GARDNER, ARLENE GOFORTH, CHRISTINE HARRIS, ORISSA HENRY, LAWANDA JORDAN, DANIELLE KUDIRKA, TERRI LEWIS-BLEDSOE, CONSTANCE MADISON, CEPHANI MILLER, MIYOSHI MORRIS, STEPHANIE SZOT, SHIRLEY THOMAS-MOORE, ROSE THOMAS, TONI WILLIAMS, BERNADETTE CLYBURN, MARTHA CORBIN, ANGELA GLENN, LADWYNA HOOVER, OGERY LEDBETTER, LATRICIA SHANKLIN, ANTOINETTE SULLIVAN, DERRICKA THOMAS, and NICHEA WALLS, each individually and on behalf of all similarly situated persons,<br><br>                Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>                Defendant. | Case No. 1:14-CV-08708<br><br>Honorable Robert M. Dow, Jr.<br>Honorable Jeffrey Cummings |

**JOINT STATUS REPORT REGARDING SEVERANCE OF
PLAINTIFF SHRANDA CAMPBELL-SALAHUDDIN'S CLAIMS**

In response to the Court's March 20, 2019 order, Dkt. 386, counsel for Ford Motor Company and counsel for individual Plaintiff Shranda Campbell-Salahuddin have met and conferred and jointly propose as follows:

1.	The Court will enter an order severing Campbell-Salahuddin's individual claims currently asserted in this case (the "*Van* Case"). Those claims include the individual claims she asserts in the *Van* Case Second Amended Complaint (Dkt. 59) for sexual harassment in violation of Title VII (Count 1), gender/sex discrimination in violation of Title VII (Count 2), race discrimination in violation of Section 1981 (Count 4), retaliation in violation of Title VII (Count 11), battery (Count 44), assault (Count 67) and intentional infliction of emotional distress (Count 98) (previously dismissed and preserved in the *Van* Case Second Amended Complaint for appeal purposes only).

2.	Within 10 days of an order of this Court directing that the foregoing claims are to be severed, Campbell-Salahuddin will file a complaint, which she shall indicate is a related case to the *Van* Case under Local Rule 40.4(a). That case will be a separate and independent civil action with a new and different case number, and shall be styled, *Shranda Campbell-Salahuddin v. Ford Motor Company* (the "Separate Action"). The complaint in the Separate Action will track verbatim the individual allegations Campbell-Salahuddin has made in Counts 1, 2, 4, 11, 44, 67 and 98 (for purposes of appeal only) of the Second Amended Complaint filed in the *Van* Case.

3.	Provided that the allegations in the complaint in the Separate Action are identical to Campbell-Salahuddin's individual allegations in the *Van* Case, Ford agrees to stand on its answer and defenses to Campbell-Salahuddin's individual allegations as stated in Ford's answers to Plaintiffs' Second Amended Complaint (Dkt.70 and 96 (answering Counts 39-92)) (unless leave to amend is later granted) and not to file a Federal Rule 12(b)(6) motion to dismiss the complaint

in the newly-docketed Separate Action, but may otherwise raise and file any motion or defense available under applicable law.

4. The Court has previously dismissed Plaintiff Campbell-Salahuddin's Count 98 (*see* Dkt. 53), alleging intentional infliction of emotional distress, and that ruling is the law of the case on that claim thus barring its re-assertion in the Separate Action. Campbell-Salahuddin thus agrees that she will not seek discovery or otherwise proceed as to this dismissed claim, which will be included in her new complaint in the Separate Action for appeal purposes only.

5. Ford will not contend in the Separate Action that individual claims which were asserted by Campbell-Salahuddin in the *Van* Case are time-barred, if and only to the extent that such claims were timely filed in the *Van* Case. Ford reserves the right to raise any and all statute of limitations defenses that were applicable prior to any severance.

6. Campbell-Salahuddin agrees that in the Separate Action, her claims will proceed on an individual basis only, and not on a class or collective basis.

7. Ford does not concede that any individual claims asserted by Campbell-Salahuddin in the *Van* case and severed into an individual case have been adequately pled or have any legal or equitable merit. Ford likewise does not admit the veracity of any allegations made by Campbell-Salahuddin, and does not waive any affirmative defenses that it may have to any claims asserted by Campbell-Salahuddin prior to any severance.

8. The parties recognize that Campbell-Salahuddin has a separate lawsuit pending in this Court against Ford and the United Auto Workers before Judge Virginia M. Kendall. *See* No. 1:18-cv-00268 (N.D. Ill, filed Jan. 12, 2018) (the "Ford-UAW Action"). Both parties maintain all procedural and substantive legal arguments, affirmative defenses (and any potential motions

based on such defenses) that they have in the Ford-UAW Action. Ford expressly reserves the right to seek to stay and/or consolidate the Ford-UAW Action with the Separate Action.

9. The *Van* Plaintiffs have no objection to this proposal.

DATED: April 3, 2019

Respectfully submitted,

/s/ Christopher Cooper
Christopher Cooper
Law Office of Christopher Cooper, Inc.
79 West Monroe Street, Suite 1213
Chicago, Illinois 60603
(312) 473-2968
cooperlaw3234@gmail.com

*Counsel for Plaintiff Campbell-Salahuddin*

/s/ Keith Hunt
Keith L. Hunt
Bradley E. Faber
Hunt & Associates, P.C.
55 W. Monroe Street #3600
Chicago, Illinois 60603
(312) 558-1300
khunt@huntassoclaw.com
bfaber@huntassoclaw.com

Antonio M. Romanucci
Stephen D. Blandin
Bryce T. Hensley
Bhavani K. Raveendran
Nicolette A. Ward
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
(312) 253-8600
aromanucci@rblaw.net
sblandin@rblaw.net
bhensley@rblaw.net

Respectfully submitted,

/s/ Eugene Scalia
Eugene Scalia (admitted *pro hac vice*)
Katherine V.A. Smith (admitted *pro hac vice*)
Molly T. Senger (admitted *pro hac vice*)
Andrea R. Lucas (admitted *pro hac vice*)
Naima Farrell (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
escalia@gibsondunn.com
ksmith@gibsondunn.com
msenger@gibsondunn.com
alucas@gibsondunn.com
nfarrell@gibsondunn.com

Kathleen M. Nemechek  N.D. Ill. No. 50139
Timothy S. Millman  N.D. Ill. No. 44398
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561.7007
Facsimile: (816) 561-1888
knemechek@berkowitzoliver.com
tmillman@berkowitzoliver.com

*Counsel for Ford Motor Company*

braveendran@rblaw.net
nward@rblaw.net

*Counsel for Van Plaintiffs*

4