IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTIE VAN**, *et al.*, | ) | |
| | ) | **Case No. 14-CV-08708** |
| Plaintiffs, | ) | |
| | ) | **JUDGE MARTHA M. PACOLD** |
| v. | ) | |
| | ) | **MAGISTRATE JEFFREY CUMMINGS** |
| **FORD MOTOR COMPANY**, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## NOTICE OF MOTION

Please take notice that Plaintiffs, by and through their attorneys, will appear before the Honorable Judge Jeffrey Cummings on Thursday, February 27, 2020 at the hour of 11:30 a.m. or as soon thereafter as may be heard, in Room 1350 of the United States Courthouse located at 219 South Dearborn, Chicago, Illinois and then and there present the Plaintiffs' Motion to Reset the Parties' Deadline for Submitting a Settlement Status Report and to Reset the Status Hearing.

    Respectfully submitted,

    /s/ *Keith L. Hunt* (electronic signed)
    Attorney for Plaintiffs

Keith L. Hunt
Bradley E. Faber
Hunt & Associates, P.C.
55 West Monroe
Suite 3600
Chicago, IL 60603
(312) 558-1300

Antonio M. Romanucci
Stephen D. Blandin
Bryce T. Hensley
Bhavani K. Raveendran
Nicolette A. Ward

Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
(312) 253-8600

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney in this cause and that I caused to be served Plaintiffs' Notice of Motion to Reset the Parties' Deadline for Submitting a Settlement Status Report and to Reset the Status Hearing on counsel for all parties of record as listed below by email through the Court's CM/ECF system on February 25, 2020.

Timothy S. Millman
Kathleen M. Nemechek
Berkowitz Oliver Williams
Shaw & Eisenbrandt LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel.: (816) 561-7007

Katherine Smith
Thomas M. Johnson, Jr.
Andrea Lucas
Michael Jaskiw
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 955-8500

Derek Barella
Schiff Hardin LLP
233 South Wacker, 7100
Chicago, Illinois 60606

Rebecca McMahon
Caitlin M. McNulty
Brandon A. Buyers
Central States Funds Law Dept.
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631
rmcmahon@centralstatesfunds.org
bbuyers@centralstatesfunds.org
cmcnulty@centralstatesfunds.org

Helen Allen
28 Township Road 1370

3

Proctorville, OH 45669
wintresssssa@gmail.com

Orissa Henry
3438 Magnolia Drive
Markham, IL 60428
orissah@aol.com

Shirley Thomas-Moore
24549 South Wildwood Trail
Crete, IL 60417
Alphaomega0113@gmail.com

                        By: /s/ *Keith L. Hunt* (electronic signature)
                            An Attorney for Plaintiffs